UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| RAYMOND GARCIA,<br><br>*Plaintiff,*<br>v.<br><br>BANK OF AMERICA CORPORATION<br>D/B/A FIA CARD SERVICES, NCO<br>FINANCIAL SYSTEMS, INC., AND<br>FINANCIAL RECOVERY SERVICES,<br>INC.,<br><br>*Defendants.* | CIVIL ACTION NO. 3:11-CV-134 |

### NOTICE OF CONSENT TO REMOVAL

PLEASE TAKE NOTICE that Defendant, Financial Recovery Services, Inc., by and through the undersigned attorney or authorized representative, hereby consents to the removal of the above-captioned civil action from the County Court at Law No. 3, El Paso County, Texas, to the United States District Court for the Western District of Texas pursuant to the provisions of 28 U.S.C. §§ 1331, 1441 and 1446.

Dated this 11th day of April, 2011.

Respectfully submitted,

/s/ David Sander
David Sander
Texas State Bar No. 00788348
Scanlan, Buckle & Young, P.C.
602 West 11th Street
Austin, Texas 78701
512-478-4651
512-478-7750 fax

Attorney for Financial Recovery Services, Inc.

